IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RUDOLPH HARRIS, III,

     Appellant,

v.

     Case No.  5D22-344
     LT Case Nos. 2015-CF-131-B-O
                 2016-CF-6495

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed December 13, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Tanya Davis Wilson, Judge.

W. Charles Fletcher, of Law Office of W.
Charles Fletcher, Jacksonville, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Alyssa Marie Williams,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

COHEN, SASSO and NARDELLA, JJ., concur.